Same case below, 639 F.3d 471.

■

**No. 11-5737. Jorge Oscar Zapata, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 949, 132 S. Ct. 412, 181 L. Ed. 2d 270, 2011 U.S. LEXIS 7328.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

■

**No. 11-5740. Gary Melton, Petitioner v. Ger Taylor Gardens, LLC.**

565 U.S. 950, 132 S. Ct. 412, 181 L. Ed. 2d 270, 2011 U.S. LEXIS 7285, ■

October 11, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Cuyahoga County, denied.

■

**No. 11-5744. Christopher G. Walker, Petitioner v. Florida.**

565 U.S. 950, 132 S. Ct. 413, 181 L. Ed. 2d 270, 2011 U.S. LEXIS 7359.

October 11, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 61 So. 3d 1128.

■

**No. 11-5746. Chevalier Riley Paige, Petitioner v. Rick Thaler, Director,**

**Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 950, 132 S. Ct. 413, 181 L. Ed. 2d 270, 2011 U.S. LEXIS 7387.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

■

**No. 11-5747. Wayne Douglas Butts, Petitioner v. Virginia.**

565 U.S. 950, 132 S. Ct. 414, 181 L. Ed. 2d 270, 2011 U.S. LEXIS 7445.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

■

**No. 11-5748. Andre Knight, Petitioner v. Pennsylvania.**

565 U.S. 950, 132 S. Ct. 414, 181 L. Ed. 2d 270, 2011 U.S. LEXIS 7265.

October 11, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Harrisburg Office, denied.

Same case below, 4 A.3d 686.

■

**No. 11-5749. Willie E. Davis, Petitioner v. John Pollock, et al.**

565 U.S. 950, 132 S. Ct. 414, 181 L. Ed. 2d 270, 2011 U.S. LEXIS 7413.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 419 Fed. Appx. 517.